## Neel, Appellant, *v.* Heralds of Liberty (No. 2).

Argued October 20, 1921.   Appeal, No. 227, Oct. T., 1921, by plaintiff, from order of C. P. No. 4, Phila. Co., dismissing bill in case of Rudd T. Neel v. Heralds of Liberty.   Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ.   Affirmed.

OPINION BY HEAD, J., March 3, 1922:

For the reasons stated at greater length in the opinion, this day filed, in Neel v. Heralds of Liberty, No. 114, October Term, 1921, we are of opinion the learned judge below reached a correct conclusion when he dismissed the plaintiff's bill.   This appeal, therefore, is accordingly dismissed and the decree of the court below affirmed, at the cost of appellant.